# CLERK'S MINUTES OF HEARING
### HEARINGS BEFORE HONORABLE RICHARD L. PUGLISI

TYPE OF HEARING **INITIAL/IDENTITY/REMOVAL**
**DISTRICT OF UTAH, CENTRAL DIVISION @ SALT LAKE CITY**

**DEFENDANTS:**
**STEVEN SHRADER**

CASE NO. **09MJ1654**
DATE & TIME: **6/15/09 @ 9:30 AM**

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

**GEORGE KRAEHE** AUSA          **JOHN BUTCHER, AFPD** Ret-CJA-AFPD

**WITNESS(ES):**

**Sandra Avila-Toledo**  PTS/PROB    * Interpreter

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|

FTR Cimarron
9:57-            Ct - appear - Deft
10:01-10:03   Kraehe - Ct - Deft
and
10:50-10:53   Ct - Butcher - Deft

**(9 mins)**

**HEARING RESULTS/FINDINGS:**

X     First appearance

X     Deft waives Rule 5 and 5.1 hearings/Identity

X     Court approves finding deft has full knowledge of meaning and affect

☐     Defendant Waives Detention hrg

X     Govt does not requests detention; **deft is released O/R and he is to report to District of Utah, Central Division @ Salt Lake City on 6/19/09 @ 11:30 a.m. before Judge Samuel Alba**

☐     Other: